# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RONALD SUTTON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NANCY A. BERRYHILL, Acting** | : | |
| **Commissioner of Social Security** | : | **NO. 16-1884** |

## ORDER

**NOW**, this 15th day of August, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 9), the defendant's response, the plaintiff's reply to the response, the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Document No. 15), the plaintiff's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. The plaintiff's request for review is **DENIED**.

/s/TIMOTHY J. SAVAGE